**Marquis Aurbach Coffing**
Avece M. Higbee, Esq.
Nevada Bar No. 3739
Jack C. Juan, Esq.
Nevada Bar No. 6367
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ahigbee@maclaw.com
jjuan@maclaw.com
cmounteer@maclaw.com
	Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FLAMINGO VERDE, LLC, a Nevada limited liability company,<br><br>           Plaintiff,<br>vs.<br><br>TRAVELERS INDEMNITY COMPANY a foreign corporation; DOE individuals I – X; ROE corporations I –X,<br><br>           Defendants. | Case No. 2:13-cv-00285-APG-VCF<br><br>**ERRATA TO STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Flamingo Verde, LLC, ("Flamingo") through its counsel of record, Marquis Aurbach Coffing, hereby files an Errata to Docket #21 Stipulation and Order for Dismissal with Prejudice filed on May 8, 2014 on the above-referenced matter. The Stipulation and Order did not have the Judicial signature block. Please see the corrected Stipulation and Order for Dismissal attached hereto as Exhibit 1.

Dated this 8th day of May, 2014.

**Marquis Aurbach Coffing**

/s/ Cody S. Mounteer, Esq.
Avece M. Higbee, Esq.
Jack C. Juan, Esq.
Cody S. Mounteer, Esq.
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
	Attorneys for Plaintiff

MAC:05646-051 2229401_1 5/8/2014 3:04 PM

# Exhibit 1

**Marquis Aurbach Coffing**
Avece M. Higbee, Esq.
Nevada Bar No. 3739
Jack C. Juan, Esq.
Nevada Bar No. 6367
Cody S. Mounteer, Esq.
Nevada Bar No. 11220
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ahigbee@maclaw.com
jjuan@maclaw.com
cmounteer@maclaw.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FLAMINGO VERDE, LLC, a Nevada limited liability company,<br><br>                Plaintiff,<br><br>vs.<br><br>TRAVELERS INDEMNITY COMPANY a foreign corporation; DOE individuals I – X; ROE corporations I –X,<br><br>                Defendants. | Case No. 2:13-cv-00285-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Flamingo Verde, LLC, ("Flamingo") through its counsel of record, Marquis Aurbach Coffing, and Defendant Travelers Indemnity Company ("Travelers"), by and through its counsel of record, Snell & Wilmer, LLP hereby stipulate and agree as follows:

Trial for the instant action has not been scheduled;

Any and all claims with respect to the above-captioned civil action no. 2:13-cv-00285-APG-VCF are hereby dismissed with prejudice; and

/ / /

/ / /

/ / /

/ / /

MAC:05646-051 2229266_1 5/8/2014 2:48 PM

1  Each party agrees to bear its own fees and costs with respect to this Agreement.

2  Dated this 8th day of May, 2014.        Dated this 8th day of May, 2014.

3  MARQUIS AURBACH COFFING            SNELL & WILMER L.L.P.

5  /s/ Cody S. Mounteer, Esq.                    /s/ Joshua D. Cools, Esq.
Avece M. Higbee, Esq.                          Joshua D. Cools
Nevada Bar No. 3739                            Amy M. Samberg, Esq.
Jack C. Juan, Esq.                             Nevada Bar No. 10212
Nevada Bar No. 6367                            Joshua D. Cools, Esq.
Cody S. Mounteer, Esq.                         Nevada Bar No. 11941
Nevada Bar No. 11220                           3883 Howard Hughes Parkway, Suite 1100
10001 Park Run Drive                           Las Vegas, NV 89169
Las Vegas, Nevada 89145                        Attorneys for Defendants
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ahigbee@maclaw.com
jjuan@maclaw.com
cmounteer@maclaw.com
Attorneys for Plaintiff

## ORDER

Pursuant to the above-stipulation:

IT IS ORDERED that all claims asserted by the Plaintiff against the Defendants shall be dismissed **with prejudice** and that each party shall bear its own attorneys fees and costs.

IT IS SO ORDERED.

Dated:  May 12, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE